AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

MASSACHUSETTS

DISTRICT OF _____

TRUSTEES OF PIPEFITTERS LOCAL 537
PENSION FUND, ET AL

## SUMMONS IN A CIVIL ACTION

V.

SOLOCO, INC

CASE NUMBER: **05 10584 MLW**

TO: (Name and Address of Defendant)

Soloco, Inc.
275 Center Street, Unit 13
Holbrook, MA 02343

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON
CLERK

BY DEPUTY CLERK

DATE: MAR 2 5 2005



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

April 5, 2005

I hereby certify and return that on 3/31/2005 at 11:07AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Michael Solman, president, , person in charge at the time of service for Soloco, Inc., at 275 Center Street, unit 13 Holbrook, MA 02343.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($10.24) Total Charges $47.74

*Deputy Sheriff*

Deputy Sheriff Ronald Goguen

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    *Date*                                                *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.