UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND,<br>    Plaintiffs,<br>v.<br><br>SOLOCO, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-10584-MLW<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

    Plaintiffs respectfully request that the court send a Notice of Default to the defendant, Soloco Inc., 275 Center Street, Unit 13, Holbrook, MA 02343 in the above-captioned action. Defendant Soloco, Inc. was served with the complaint on March 31, 2005.

    As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: April 28, 2005

    Respectfully submitted,
    Christopher N. Souris
    BBO #556343
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114
    (617) 723-8440

    __/s/ Christopher N. Souris_____
    Attorney for plaintiffs