UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTESS OF THE PIPEFITTERS LOCAL 537
537 PENSION FUND, ANNUITY FUND and
HEALTH & WELFARE FUND
      Plaintiff(s)                       CIVIL ACTION
                                                     NO. 05-10584-MLW
       V.

SOLOCO, INC.
      Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , TRUSTESS OF THE PIPEFITTERS LOCAL 537 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND for an order of Default for failure of the Defendant(s), SOLOCO, INC., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 6TH day of MAY , 2005.

                                                       SARA A. THORNTON, CLERK

                                      By:    /s/ Dennis O'Leary
                                                  Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                           [ntcdflt.]