UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL )<br>537 PENSION FUND, ANNUITY FUND and )<br>HEALTH & WELFARE FUND, )<br>    Plaintiffs, )<br>v. )<br> )<br>SOLOCO, INC., )<br>    Defendant. )<br>_____) | C.A. No. 05-10584-MLW |

### JUDGMENT

WOLF, D.J.

Defendant, Soloco, Inc. having failed to plead or otherwise defend in this action and default having been entered on May 6, 2005;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $89,542.72, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $297.74, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Soloco, Inc. the sum of $89,840.46 with interest as provided by law.

By the Court,

_/s/_
Deputy Clerk

Dated: 6/24/05